# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

Theodore Witherspoon 57114-004 )
(full name)           (Register No.) )
                                    )
_____      )
                                    )   18-3325-CV-S-BP-P
           Plaintiff(s).            )
                                    )
                                    )   Case No. _____
                                    )
Brack, Frazier, Barnett and Eight   )
(Full name)                         )
Unknown Federal staff members       )
_____      )
           Defendant(s).

## COMPLAINT PURSUANT TO 28 U.S.C. § 1331

I. Place of present confinement of plaintiff(s): United States Medical Center for Federal Prisoners; springfield

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Theodore Witherspoon   Register No. 57114-004
   Address P.O. Box 4000 springfield, MO 65801

B. Defendant Brack
   Is employed as a correctional officer

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

C. Defendant, Frazier
is employed as a correctional officer

D. Defendant, Barnett
is employed as a correctional officer

E. Defendant, several uknown staff members
is employed as Federal staff members

Pg. 1 continue

III. Do your claims involve medical treatment? Yes ✓ No ___

IV. Do you request a jury trial? Yes ✓ No ___

V. Do you request money damages? Yes ✓ No ___
State the amount claimed? $250,000 /00000 (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ___ No ✓

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
Yes ✓ No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ✓ No ___

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
I started on 3/24/18 with a BP-8 and ending with a BP-11 to Washington D.C in which I was denied everytime. The BP-11 overexceeded the 6 month time

D. If you have not filed a grievance, state the reasons.
_____
_____
_____

VIII. Previous civil actions:
1. A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case: Yes ___ No ✓

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ___ No ✓

C. If your answer is "yes," to either of the above questions, provide the following information for each case.

(1) Style: _____
    (Plaintiff)           (Defendant)
(2) Date filed: _____

(3) Court where filed: _____

(4) Case Number and citation: _____

2

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
       (Pending) (on appeal) (resolved)

(8) If resolved, state whether for:
   _____
   (Plaintiff) or (defendant

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

On 3/14/18 around 6:30 AM Plaintiff Witherspoon got into a heated debate with Defendant Barnett about my Dialysis treatment when Defendants Brack and Frazier all of a sudden interruptedly slammed me into the wall. When Witherspoon, (handcuffed and belly chained) snatched back, he was slammed to the ground by defendants Brack, Frazier, and Barnett who continued to knee him in the back that caused pain. All of a sudden around 8 unknown staff members came and started jumping on his back. One unknown member slammed his head

B. State briefly your legal theory or cite appropriate authority:

Defendants used Excessive Force by slamming Witherspoon into the wall and floor with malicious and sadistic intent, rather than to restore discipline. All defendants continued to knee Witherspoon in the back until he couldn't breathe, this caused pain for months. All of the defendants actions violated Witherspoon's rights under Eighth Amendment to the United States Constitution and caused plaintiff pain, suffering physical injury and emotional distress

Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

Wherefore the plaintiff respectfully pray that this court enters judgement $50,000 against each defendant for compensatory damages and joint and several $25,000 punitive each defendant jointly and severally.

3

Bivens Complaint continuance

into the concrete floor, busted his lip and swelling his left eye causing pain for 1 week

2. When Witherspoon was escorted to a wheelchair, he was choked out again by defendant Frazier, who was told to stop by Lt. Espinoza.

3. Witherspoon was taken to a Mental Health cell for a week until the swelling went down

4. When taken back to Administrative Segregation on 3/22/18, Witherspoon reported to Nurse Nelsen at pill line that his lower back was in extreme pain. Nurse Bowden was informed on 3/24/18 about the pain in Witherspoon's back.

5. Witherspoon reported his back problem to Dr. Moose on 5/3/18, who ordered him Tylenol 3 for immediate pain, and refered him Physical Therapy.

6. The Physical Therapist felt the tension in Witherspoon's lower back and gave him some exercises to do for the pain.

Pg 3, continue

X.  Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name.

_____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?   Yes _____   No ✓

If so, state the names(s) and address(es) of each lawyer contacted.

_____
_____
_____

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes _____   No ✓

If so, state the lawyers name and address.

_____
_____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this ___26___ day of __September__ 2018.

_____
(Signatures of Plaintiff(s))

4

Theodore Witherspoon 57114-004
U.S.M.C.F.P
P.O. Box 4000
Springfield, MO 65801-4000

Special / Legal Mail

U.S. District Court
Office of the Clerk
400 E. Ninth Street
Kansas City, MO 64106

RECEIVED
2018 OCT -4 PM 12:42
CLERK U.S. DISTRICT COURT
WESTERN DIST. OF MO.
KANSAS CITY, MO.



Case 6:18-cv-03325-BP   Document 1   Filed 10/04/18   Page 7 of 7